UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRYSTAL TRASLAVINA GARCIA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROI, HIS New England<br>Special Agent in Charge,<br>TODD LYONS, Acting Director U.S.<br>Immigration and Customs Enforcement,<br>And<br>KRISTI NOEM, U.S. Secretary of<br>Homeland Security,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.  1:25-CV-11513-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS OF PETITIONER'S LOCATION

By electronic order of today, the Court directed the Respondent to file a status report identifying the location where the Petitioner is presently detained.   The Respondents, represented by undersigned counsel, provide this status.

Supervisor Detention and Deportation Officer Kyle Johnston of the Boston Field Office of Enforcement & Removal Operations of the U.S. Immigration & Customs Enforcement ("ERO") has advised that as of today, the Petitioner is in custody at the ERO's Burlington Field Office-Boston Hold Room, located at 1000 District Avenue in Burlington, MA.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 28, 2025              By:    */s/ Shawna Yen*
                                        Shawna Yen
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        John J. Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        Tel.: 617-748-3100
                                        Email: Shawna.Yen@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 28, 2025             By:    */s/ Shawna Yen*
                                        SHAWNA YEN
                                        Assistant United States Attorney