UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CRYSTAL TRASLAVINA GARCIA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PATRICIA HYDE, Field Office Director, ) <br> MICHAEL KROI, HIS New England ) <br> Special Agent in Charge, ) <br> TODD LYONS, Acting Director U.S. ) <br> Immigration and Customs Enforcement, ) <br> And ) <br> KRISTI NOEM, U.S. Secretary of ) <br> Homeland Security, ) <br> ) <br> Respondents. ) <br>_____ ) | C.A. No. 1:25-CV-11513-LTS <br><br> **EMERGENCY MOTION <br> FOR TRANSFER** |

### EMERGENCY RESPONDENTS' (*ASSENTED-TO*) MOTION FOR TRANSFER OF PETITIONER

Now come the Respondents, by and through undersigned counsel, and hereby move this Honorable Court for authorization to transfer the Petitioner as soon as possible, and as early as today, to the Chittenden Regional Correctional Facility, 7 Farrell Street South Burlington, VT 05403.

Petitioner is currently housed at the ERO's Burlington Field Office- Boston Hold Room, located at 1000 District Avenue in Burlington, MA because of the lack of an appropriate ICE facility for women in Massachusetts. She has been in the Burlington Field Office -Boston Hold Room, which is a temporary arrangement and not suited for permanent housing, for six days.

ICE agency counsel advised this afternoon that a bed is open for the Petitioner at the Chittenden Regional Correctional Facility. A transport for the Petitioner is available this

afternoon.

This request would be an exception to the Court's May 27, 2025, Order Concerning Service of Petition and Stay of Transfer or Removal of the Petitioner, which required that 72 hours written advance notice be provided before the Petitioner can be transferred outside of Massachusetts. If such a transfer were to occur, the government does not contest that this Court will retain jurisdiction and venue over this habeas case.

The parties agree that after this transfer, Petitioner will not be transferred from the Chittenden Regional Correctional Facility without the Court's permission.

Likewise, Petitioner has assented to the allowance of this Motion. Petitioner's assent to this motion does not constitute a waiver of any of her arguments of wrongful arrest and detention.

Considering the above, the undersigned counsel respectfully moves this Honorable Court for authorization to move the Petitioner as soon as possible to ICE's Chittenden Regional Correctional Facility.

                    Respectfully submitted,

                    LEAH B. FOLEY
                    United States Attorney

Dated: June 2, 2025        By:   */s/ Shawna Yen*
                                      SHAWNA YEN
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      617-748-3100
                                      Shawna.Yen@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Shawna Yen, Assistant United States Attorney certify that, I conferred with Plaintiffs' counsel, who assented to the relief sought in this Motion.

Dated: June 2, 2025					By:	*/s/ Shawna Yen*
							Shawna Yen
							Assistant U.S. Attorney
							U.S. Attorney's Office
							1 Courthouse Way, Suite 9200
							Boston, MA  02210
							Tel.: 617-748-3100
							Email: Shawna.Yen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  June 2, 2025					By:	*/s/ Shawna Yen*
							SHAWNA YEN
							Assistant United States Attorney