DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR

<u>KEITH M. CHAN</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith M. Chan, an Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as an Assistant Field Office Director ("AFOD"), located in Burlington, Massachusetts. I have held this position since May 2022, and I have been employed by ICE since August 2008.

2. Included in my official duties as a AFOD in Burlington, Massachusetts is the responsibility for assisting in the managing and monitoring the scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals in order to initiate removal proceedings or to effectuate removal orders as well as releasing individuals from ICE custody.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM") and PLAnet. EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. PLAnet is the ICE electronic database maintained by ICE's Office of the

Principal Legal Advisor as a case and document management system. These databases are the electronic records ordinarily relied upon to ascertain an alien's immigration and criminal history, current case status, and plans for removal, if any.

4. In the course of preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of ("Petitioner") Crystal Traslavina Garcia. I have also discussed this case internally with Officers within my office.

5. The Petitioner entered ICE custody on May 27, 2025.

6. The Petitioner is detained pursuant to 8 U.S.C. § 1225(b).

## IMMIGRATION HISTORY

7. The Petitioner is a native and citizen of Colombia.

8. On March 30, 2024, U.S. Customs and Border Protection ("CBP") encountered the Petitioner at the southern border of the United States in the area of Tecate, California. At the time of her application for admission, she did not present any valid entry documents.

9. She was detained without a warrant. CBP issued a Notice to Appear under 8 U.S.C. 1182(a)(6)(A)(i). ICE released the Petitioner on an Order of Recognizance ("OREC"). She was not admitted or paroled after inspection by an immigration officer.

10. On April 1, 2024, the Boston Immigration Court received the Notice to Appear.

11. On May 27, 2025, an ICE attorney made an oral motion to terminate the Petitioner's immigration proceedings at her scheduled removal hearing in immigration court. The immigration judge continued the hearing until May 20, 2026.

12. On May 27, 2025, ICE detained the Petitioner pursuant to its authority under 8 U.S.C. § 1225(b).

13. The Petitioner was initially detained at the ICE field office in Burlington, Massachusetts.

14. On June 3, 2025, the Petitioner was transferred to the Chittenden Regional Correctional Facility, 7 Farrell Street in South Burlington, Vermont 05403.

15. To date, ICE has not issued an expedited removal order.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on June 5, 2025

KEITH M CHAN
I have reviewed this document
2025.06.05 14:11:12 -04'00'

Keith M. Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts

3