UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRYSTAL TRASLAVIÑA GARCIA,<br>Petitioner,<br><br>v.<br>PATRICIA HYDE, Field Office Director, U.S.<br>Immigration and Customs Enforcement,<br>Boston Field Office; MICHAEL KROL,<br>HSI New England Special Agent in Charge;<br>TODD LYONS, Acting<br>Director, U.S. Immigrations and Customs<br>Enforcement; KRISTI NOEM, U.S. Secretary of<br>Homeland Security, Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:25-CV-11513-LTS |

## Declaration of Crystal Traslaviña Garcia

I, Crystal Traslaviña Garcia, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Crystal Traslaviña Garcia. I was born on May 6, 1991 in Bucaramanga, Colombia.

2. On May 27, 2025, I went to the JFK Building in Boston, Massachusetts to appear for my first hearing before the Immigration Judge. At the hearing, the attorney for the government said that they wanted to dismiss my case. I had heard the government make this offer to other people who were appearing before the judge ahead of me and they had explained to them that it would be quicker to resolve the immigration case if their case was dismissed and they didn't have to be in court anymore.

3. An attorney who was at the court told me that if my case was dismissed by the judge that ICE could arrest me and that I could be deported without the opportunity to present my case

to the judge. When it was my turn to appear before the judge, I said that I opposed dismissal of my case. Even though the judge continued my case and gave me a hearing notice to appear back in his courtroom in May of 2026, I was arrested by ICE officers when I stepped out of the courtroom.

4. I wasn't sure what was happening or why I was being arrested after the judge had told me that I could go, and that I was going to come back for my next hearing in 2026. The attorney who helped me at the Immigration Court tried to tell the ICE officers that my case had not been dismissed, but I was arrested anyway.

5. After I was arrested, I was taken to the ICE field office in Burlington, Massachusetts. I know that building because I had been there twice before. The last time I was there was on May 23, 2025, the Friday before my immigration court hearing. I had been to the ICE field office to comply with my required check-in, as I was instructed to do after I was apprehended at the border when I entered the United States last year. I had complied with everything that was asked of me, including attending two check-ins at the ICE field office and appearing for my hearing on May 27, 2025.

6. I was detained at the Burlington ICE building from May 27, 2025 until Monday, June 2, 2025. I was then transferred to the Chittenden Regional Correctional Facility in Burlington, Vermont where I remain detained.

**Detention Conditions at the ICE Field Office in Burlington, Massachusetts**

7. At Burlington, there were no beds. I had to sleep on the floor with just an aluminum (mylar) blanket. There was a toilet in the little cell that I was in, but no door, it was out in the open. Eventually they put two other women in the same small cell with me. The room was so small that the three of us could not lay down at the same time. Two of us could lay down and the third had to sit up, leaning against the toilet, so that we could all fit. Eventually we were moved into a larger cell with between ten and twelve other women. In the bigger room there was also a toilet that was out in the open. We used a mylar blanket for privacy.

8. In Burlington, they barely gave us food. For breakfast I would get a little cup of oatmeal. For lunch they would give us a little cup of pasta. Dinner was some spoonfuls of rice sometimes mixed with soup. It looked like dogfood. They only gave us a little bottle of water with each meal. I lost approximately seven pounds during the seven days I was detained in Burlington.

9. I was freezing the whole time I was in Burlington. It was so cold, and I was sleeping on cold concrete with just an aluminum blanket. It was very painful to sleep on the floor for so many days. I couldn't sleep on my back because it was painful, and I had just had surgery on my stomach so lying on my stomach was also not an option.

10. I was not allowed to shower while I was in Burlington. There was no soap to wash my hands with after going to the bathroom. I was not allowed to brush my teeth at all that week. I wore the clothes I arrived in the whole time I was there. I was scared I was going to get an infection because I still had stitches from my surgery. There was no option for personal hygiene and no way to clean the cells or the toilet the entire time I was there.

11. Prior to being detained, I had surgery on my stomach. I got an infection as a result of the surgery and needed to be hospitalized due to sepsis. I was admitted to intensive care in Mass General Hospital in Boston from April 22, 2025 until April 25, 2025. After I was discharged, I was taking medicine regularly for pain and I was getting an injection every day to prevent blood clots. I also took antibiotics for a week after I was discharged.

12. When I was arrested, suddenly I wasn't getting any medicine. My doctor told me it was important to walk around to prevent swelling and blood clots. I asked to be able to walk around. They let me walk around the first night, but that was the only time. After that I was not allowed to leave the cell, except to make a phone call. I was never allowed to go outside.

13. My husband dropped off medication for me, but they only let me take two tablets and nothing more. My legs were so swollen; I was scared I would get blood clots from not getting the injections and not being able to walk, not even in the room I was in because it was so small. I don't think they would have cared if I died.

14. I was afraid to ask for more medicine because I was scared I would get yelled at and things would get worse. There was one officer who was mistreating me psychologically. He was telling me to stop bothering him and asking for things. He was arrogant. He was telling me that it was my lawyers' fault that I was there. He said, "The lawyers think they know everything but they don't know anything." He yelled at me a lot. He put my picture on the door of my cell and told the other officers not to give me anything because I had asked for too much. I don't know how they expected me to never ask for anything. I was wearing the same clothes for seven days. I was freezing. I needed medication.

15. The small cell had no windows that looked outside. The wall that faced the hallway was glass. It was like being in a fishbowl. I had no idea what time of day it was because there were no clocks in that cell or in the larger cell where they moved me. I felt like I was being tortured.

**Detention Conditions at the Chittenden Regional Correctional Facility**

16. At the place I am at now, I am still hungry all of the time. They wake us up at 5am to eat breakfast. Lunch is at noon, and dinner is around six. They do not give us enough food, and there is so long between meals. Lunch and dinner are a piece of bread, a salad of lettuce and maybe a little bit of carrot, and some kind of juice. Sometime there is a little bit of meat as well, other times there is pasta. We cannot ask more food or food between meals. I suffer from low blood pressure and I have felt dizzy at times because I am so hungry.

17. I stay up until eleven or twelve at night because I am not able to sleep, and then they wake us up early. I try to nap during the day. I try to nap so I don't feel the hunger. I also nap because I feel bad and I don't have the energy to do anything. It is so hard to wait all those hours to eat and then just have some lettuce and bread. I eat with tears in my eyes. The food hurts my stomach. I have had diarrhea for four days.

18. There is a store, but none of the food there helps with the hunger. It is all junk food: chips, sweets, nothing healthy, nothing that helps.

19. It is very hard to get medical care here. I put a paper in a box requesting to see a doctor, and then wait three or four days for them to come get me and take me to the doctor at the jail. It takes days, and they won't give me anything, even Tylenol, until I see a doctor. I had period pain that put me in enough pain that I was crying in my bed from the pain, but I could not get anything to help.

20. I couldn't sleep at night because of pain in my body and headaches. I did eventually see a doctor and now I get Tylenol at night. The scar from my surgery has become itchy. It hasn't healed properly, probably from all the pain and from having to sleep on the floor when I was in Burlington, Massachusetts. I sometimes feel sharp pain in my stomach.

21. I don't think they use soap to clean anything. I think they just use hot water for clothes, dishes, the bathroom, everything. Nothing ever smells clean or like disinfectant. I got a sore in my mouth, I think from the plates and dishes.

22. I understand a little bit of English but not a lot. Everything here is in English. Other women who speak more English tell me the rules. There is a guard here who yells at me in English. One day she was yelling at me outside the bathroom and threatening to punish me because I wasn't listening, but I didn't even know she was talking to me and I couldn't understand her. Another woman told me after what she had said.

23. I cannot talk to my kids or family other than my spouse because it is $14 a minute to call internationally.

24. It has been so hot, especially this past week. There is air conditioning and fans, but not in the rooms. I am in the last room so the air doesn't reach there.

25. I am feeling very depressed. I am desperate to get out of here. I don't know why I am here. I don't understand why I was arrested when I went to court and was doing everything I was ordered to do. I have had panic attacks and anxiety attacks for being here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


 /s/ Crystal Traslaviña Garcia                                      6/27/2025
Crystal Traslaviña Garcia                                           Date


## CERTIFICATE OF INTERPRETATION

I, <u>Alexandra Peredo Carroll</u>, am competent to translate and interpret from Spanish into English, and certify that I have read this entire document to the respondent in Spanish, and that the respondent stated that she understood the document before she signed the Sworn Statement above.


/s/ *Alexandra Peredo Carroll*

Alexandra Peredo Carroll

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Benjamin B. Tymann
      Benjamin B. Tymann

Dated: June 30, 2025