UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRYSTAL TRASLAVINA GARCIA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROI, HIS New England<br>Special Agent in Charge,<br>TODD LYONS, Acting Director U.S.<br>Immigration and Customs Enforcement,<br>And<br>KRISTI NOEM, U.S. Secretary of<br>Homeland Security,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.  1:25-CV-11513-LTS |

## STATUS REPORT

On July 14, 2025, the Court issued an Order on First Amended Petition for Writ of Habeas Corpus.  (ECF Doc. 21).   The Court ordered Respondents to (1)  provide the Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of the Order; (2)  not oppose or deny bond to Petitioner on the basis that she is detained pursuant to 8 U.S.C. § 1225(b)(2); (3)  not retaliate against Petitioner in the context of the bond hearing or otherwise for her filing of this federal habeas petition; and (4) file a status report on or before July 24, 2025, notifying the court whether the Petitioner has been granted bond and, if her request for bond was denied, the reasons for that denial.   (ECF Doc. 21 at 5).

Respondents hereby provide the Status Report, as directed by the Court.   The below updates are based upon the representations of agency counsel at the Office of the Principal Legal Advisor, Boston, for U.S. Immigration and Customs Enforcement ("ICE"), which is part of the

Department of Homeland Security ("DHS").

On July 17, 2025, the Immigration Judge granted the Petitioner's bond request and issued a bond in the amount of $10,000. The DHS waived appeal of the bond order, but the Petitioner's attorney reserved appeal. ICE's Enforcement and Removal Operations ("ERO") has been notified of the bond order. Currently, Petitioner is still in ERO custody at the Chittenden Regional Correctional Facility, in South Burlington Vermont. Once Petitioner posts the monetary bond, she can be released, assuming there are no issues with the bond.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 23, 2025        By:    */s/ Shawna Yen*
                                   Shawna Yen
                                   Assistant U.S. Attorney
                                   U.S. Attorney's Office
                                   John J. Moakley U.S. Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
                                   Tel.: 617-748-3100
                                   Email: Shawna.Yen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 23, 2025        By:    */s/ Shawna Yen*
                                   SHAWNA YEN
                                   Assistant United States Attorney

2