UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRYSTAL TRASLAVIÑA GARCIA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil No. 25-11513-LTS |
| PATRICIA HYDE et al., | ) ) ) | |
| Respondents. | ) ) | |

JUDGMENT

July 31, 2025

SOROKIN, J.

Pursuant to the Order dated July 14, 2025, Doc. No. 21, the Amended Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Each party shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge